# EXHIBIT A



**PARTNERS**
2222 Texoma Pkwy, Ste 150
Sherman, TX 75090

| Re: | Coliseum Medical Centers | |
|---|---|---|
| Patient: | PATRICIA SWEAT | |
| Account # | Date of Service | Balance Due |
| 379036 | 09/09/2010 | $152.12 |

July 16, 2011

# NOTICE OF DEBT

Office hours are Monday through Thursday 8:00 AM - 9:00 PM, Friday 8:00 AM - 5:00 PM, and Saturday 8:00 AM - 12:00 PM, Central Time.

### WHAT IS THIS ABOUT?
The above account, owed to Coliseum Medical Centers is past due. Capio Partners has been contracted to collect the outstanding balance.

### WHAT YOU CAN DO?
We are reasonable people to deal with and we know that times are tough. We are willing to work with you. However, you must make an effort to pay off your debt. You may contact us toll-free at 888-876-2817. We can take your payment information over the phone. You may also pay your account online at www.paycapio.com. You will need this letter for reference if you want to pay your account online.

### WHAT HAPPENS IF YOU DO NOT PAY OR DISPUTE THE ACCOUNT?
Your credit is one of your most valuable assets. If you do not pay this account within 40 days from the date of this letter or dispute the validity of this account or any portion thereof as described on the back of this letter, a negative credit report may be submitted to one or more credit reporting agencies.

Sincerely,
Capio Partners, LLC

## SEE REVERSE SIDE FOR IMPORTANT CONSUMER INFORMATION

***Detach Bottom Portion and Return With Payment***

DEPT 373    2468313611076
PO BOX 4111
CONCORD CA 94524-4111

Reference #: 000988813602
Account #: 379036
Balance Due: $152.12

RETURN SERVICE REQUESTED

PATRICIA SWEAT
PO BOX 158
ALMA GA 31510-0158

Capio Partners LLC
P. O. Box 1378
Sherman, TX 75091

THCMCY1-0715-170422535 1860